**Opinion issued March 8, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00942-CV

———————————

## THOMAS DALE ARBOGAST, Appellant

## V.

## RAINBOW OF LOVE ADOPTION AGENCY, INC., Appellee

---

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 15-DCV-221171**

---

## MEMORANDUM OPINION

Appellant, Thomas Dale Arbogast, has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief).

Appellant's brief was due on December 3, 2015. After being notified that this

appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.

2